FILED
CHARLOTTE, NC
DEC 10 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 3:19cr345-FDW |
| ) | |
| ARLANDO M. HENDERSON ) | |

## GOVERNMENT'S MOTION TO UNSEAL

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and respectfully moves this Honorable Court for an Order unsealing the indictment in the above-referenced matter. On or about December 4, 2019, the defendant was arrested and had his initial appearance in the Southern District of California. As such, there is no longer a need to seal the indictment. The government now asks the Court to unseal the indictment so that it may be produced to the defendant.

WHEREFORE, the government respectfully asks the Court to unseal the indictment in the above-referenced matter.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

Daniel Ryan
Assistant United States Attorney
Illinois Bar No.: 6279737
Attorney for the United States
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (Office)
(704) 344-6629 (Facsimile)
daniel.ryan@usdoj.gov