# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:19-CR-345-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO UNSEAL |
| ) | |
| ARLANDO M. HENDERSON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Unseal" (Document No. 6) filed December 10, 2019. Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Unseal" (Document No. 6) is **GRANTED**, and the Indictment and Arrest Warrant and the materials filed herein shall be **UNSEALED**.

**SO ORDERED**.

Signed: December 10, 2019

David C. Keesler
United States Magistrate Judge