**UNDER SEAL**

RECEIVED
2019 NOV 20 AM 9:48

# UNITED STATES DISTRICT COURT

WESTERN NORTH CAROLINA

for the
Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19-CR-**345-FDW** |
| ARLANDO M. HENDERSON | ) | |
| | ) | **FILED** |
| | ) | CHARLOTTE, NC |
| Defendant | ) | JAN 14 2020 |

## ARREST WARRANT

US DISTRICT COURT
WESTERN DISTRICT OF NC

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Arlando M. Henderson,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1344(1) (Financial Instituion Fraud); 18 U.S.C. § 656 (Theft, Embezzlement, Misapplication); 18 U.S.C. § 1005 (False Entries); 18 U.S.C. § 1957 (Transactional Money Laundering); 18 U.S.C. § 1344(2) (Financial Institution Fraud)

Date: 11/19/2019

*Issuing officer's signature*

City and state: **CHARLOTTE, NORTH CAROLINA**   FRANK G. JOHNS, CLERK OF COURT

*Printed name and title*

### Return

This warrant was received on *(date)* 11/20/2019, and the person was arrested on *(date)* 12/4/2019
at *(city and state)* SAN MARCOS, CA.

Date: 12/4/2019

*Arresting officer's signature*

BRIAN MONTANA, SDUSM
*Printed name and title*

Case: 3:19-cr-00345-FDW-DCK *SEALED* Document 4 Filed 11/19/2019 Page 1 of 1
Case 3:19-cr-00345-FDW-DCK Document 13 Filed 01/14/20 Page 1 of 1