IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARLANDO HENDERSON,<br><br>Defendant. | DOCKET NO. 3:19-CR-00345<br><br>DOCUMENTS FOR SENTENCING |

Mr. Arlando Henderson, by and through his counsel of record, Assistant Federal Public Defender Taylor Goodnight, hereby submits documentary evidence in mitigation of any sentence this Court might impose at the sentencing hearing scheduled for July 20, 2020. These documents include letters of support and military awards, and they are relevant to the Court's inquiry into "the history and characteristics of the defendant" pursuant to 18 U.S.C. § 3553(a)(1).

Respectfully submitted:

s/ Taylor Goodnight
Taylor Goodnight
NC Bar No. 50735
Attorney for Arlando Henderson
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
Taylor_Goodnight@fd.org

DATE: July 17, 2020

To Whom It May Concern:

My name is Mercedes Wilson; I am Mr. Henderson's sister. Arlando has always been a very family-oriented person. He is number three out of seven children but always seemed to be the oldest as long as I can remember. When our mother would work late nights Arlando would be the main provider for the rest of his younger siblings. Cooking, cleaning, and surprisingly our nurturer. My honest opinion of Mr. Henderson is that he wants what's best for his family and children. He's the driving force of our intermediate family and the family that he created of his own.

      He's always so fast to give and slow to take. A very independent man. Always bringing peace to a toxic situation or atmosphere. Arlando has helped my mom get her business up and running and many other family and friends as well. Without expecting anything in return. Has worked numerous days and nights to help me with personal issues. By being my mental and physical support. When our older sister was involved in a critical accident leaving her paralyzed Arlando took leave from his military duties to get everything situated. Our mother was very stressed at the time.

He took charge and ran the show like a true and honest man would. Arlando was raised in a COGIC church from the time of birth. As he got older his religious preferences changed. He is now Muslim and feels so strongly about his religion. He abides by the Muslim way of living and has many of his family following his footsteps. If Arlando is convicted and sent to jail this had the biggest impact on his family and not in a good way. He is the main provider for his three children. He is the backbone of his entire family. He's a full time and outstanding father, brother, uncle, and husband.

If Arlando is sentenced to go away everyone around him life will have a major change and I'm afraid to say not in a positive way. Arlando has told me time and time again of how remorseful he is. Literally from day one, he was ashamed. He was so disappointed and very depressed about his decision. I've personally never seen Mr. Henderson so apologetic. Arlando is a very soft spirited and very loving person. I think mercy should be shown because of his remorse for his situation.

He knows he has done wrong and if he could take it all back he would. I honestly believe as the main provider of your entire family could be a lot of pressure. Some Decisions are made out of emotion and not clear thinking. I honestly feel Mr. Henderson deserves a second chance. He's always so forgiving. I believe he has learned from this and is already better himself. He is very much humble.
Respectfully,
Thanks.

Sincerely,

Mercedes Wilson

To Whom It May Concern:

      My name is Dr. Cheryl Henderson and I live in St John Missouri. I have known Mr. Henderson his entire life is that I'm his paternal grandmother. Arlando was always a quiet child and good-natured, he obeyed all of the home rules got along with all his siblings. Arlando has never any altercations at school or suspension, I can't recall any incidents concerning him in his formative years or his adult life.

Mr. Henderson joined the armed forces and served his slotted time and as stated earlier he was/is a good member of our family, a wonderful father, a great friend, and brother to his siblings. Mr. Henderson was raised in the nurture and admonition of who the Creator is and his relationship to Him. I firmly believe that there should be a reckoning for all civil disobedience but I also believe that Mr. Henderson and his family would-be deeply affected if he were to incur any amount of incarceration.
      Mr. Henderson has sole care of his son who would be devastated if his father were to be locked away. In my humble opinion, Mr. Henderson has always exercised good and productive judgment over criminal judgment the skills that Mr. Henderson obtained from military training and higher education will be a benefit to the community in which he lives.

      In all honesty, I cannot speak to any mitigating circumstances which may have led to the actions he is now being charged with, however, Mr. Henderson has shown and expressed regret regarding his actions, therefore I plead with this court to show leniency toward Mr. Henderson and consider him for probation, that I believe that would be a better choice for Mr. Henderson and his son. I thank the court for taking the time to peruse this letter and to take my opinion into careful thought.
Respectfully,
Thanks.

Sincerely
Dr. Cheryl Henderson



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO SERGEANT ARLANDO M. HENDERSON
CHARLIE COMPANY, 173RD BRIGADE SUPPORT BATTALION (AIRBORNE)

FOR MERITORIOUS SERVICE WHILE SERVING AS THE SUPPLY NCOIC WITH CHARLIE COMPANY, 173RD BRIGADE SUPPORT BATTALION (AIRBORNE) IN SUPPORT OF COMPANY EVALUATIONS IN BIELLA. SGT HENDERSON'S ACTIONS REFLECT GREAT CREDIT UPON HIMSELF, THE 173RD BRIGADE SUPPORT BATTALION (AIRBORNE), THE 173RD INFANTRY BRIGADE COMBAT TEAM (AIRBORNE), AND THE UNITED STATES ARMY. SKY SOLDIERS!!

FROM 14 JULY 2014 TO 21 JULY 2014

GIVEN UNDER MY HAND THIS 10TH DAY OF SEPTEMBER 2014



PO# 253-004
HQ, 173RD BSB (ABN)
APO AE 09630

JON P. BEALE
LTC, LG
Commanding

DA FORM 4980-18, NOV 97



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO      SPECIALIST ARLANDO M. HENDERSON
3RD SQUADRON, 73RD CAVALRY REGIMENT

FOR OUTSTANDING SERVICE WHILE SERVING AS A SUPPLY SPECIALIST FOR TASK FORCE THUNDERBOLTS. HIS DEDICATION TO DUTY AND SELFLESS SERVICE ARE IN KEEPING WITH THE FINEST MILITARY TRADITION. SPECIALIST HENDERSON'S PERSONAL COURAGE AND COMMITMENT TO MISSION ACCOMPLISHMENT IN A COMBAT ZONE GREATLY CONTRIBUTED TO THE SUCCESS OF OPERATION ENDURING FREEDOM XII. SPECIALIST HENDERSON'S PERFORMANCE REFLECTS GREAT CREDIT UPON HIMSELF, TASK FORCE DEVIL, AND THE UNITED STATES ARMY.

FROM 2 MARCH 2012 TO 15 SEPTEMBER 2012

ON THIS DAY 14 JULY 2012



PERMANENT ORDER # 196-94
HQ, 1ST BCT, 82D ABN DIV
FOB WARRIOR, APO AE 09311

MARK L. STOCK
COL, IN
Commanding

FORM 4980-14, NOV 97

# 3RD SQUADRON
# 73RD CAVALRY (AIRBORNE)

## Order of the Spur
### Know Ye That
### PFC Arlando M. Henderson
### Is An Honorary Spur Holder

With carbine and colt in hand having followed the guidon to the very frontier of the free world and having demonstrated the skill, fitness, dash, and cunning of a United States Cavalry Trooper, defeating his enemy in the mountains of Northern Iraq during Operation Iraqi Freedom and is hereby entered into the rolls of the Order of the Spur and is awarded "Combat Cavalry Spurs"

Given this 4th day of August 2010.

CSM Andrew N. Swanson
Squadron Command Sergeant Major

LTC Scott G. Hooper
Squadron Commander

 

# XVIII Airborne Corps
# And Fort Bragg
# Noncommissioned Officer Academy

Be it known that

**SGT ARLANDO M. HENDERSON**

Is hereby declared a graduate of the

## Warrior Leader Course

In testimony thereof, this

# Diploma

Is awarded from  13 FEB  through  14 MAR, 20 13

DANIEL B. ALLYN
Lieutenant General, USA
Commanding

600-C44

MICHAEL D. McINTOSH
CSM, USA
Commandant

# United States Army
# Quartermaster School
## Fort Lee, Virginia



for successful completion of the

UNIT SUPPLY SPECIALIST COURSE 551-92Y10

this

# Diploma

is awarded to  **PVT ARLANDO M. HENDERSON**

pursuant to authority granted by Department of the Army

Given at Fort Lee, Virginia this __1ST__ day of __APRIL__, 20 __09__

TRAINING PERIOD: 10 FEBRUARY 2009 – 01 APRIL 2009

_The Quartermaster General_

LEE Form 1092
July 01





# CERTIFICATE OF PROMOTION

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of*

### ARLANDO MAUTRELL HENDERSON

*I do promote* Him *to*  Private First Class  *in the*

## UNITED STATES ARMY

to rank as such from the First day of August two thousand and Nine

You are charged to discharge carefully and diligently the duties of the grade to which promoted and to uphold the traditions and standards of the Army.

Effective with this promotion you are charged to execute diligently your special skills with a high degree of technical proficiency and to maintain standards of performance, moral courage and dedication to the Army which will serve as outstanding examples to your fellow soldiers. You are charged to observe and follow the orders and directions given by superiors acting according to the law, articles and rules governing the discipline of the Army. Your unfailing trust in superiors and loyalty to your peers will significantly contribute to the readiness and honor of the United States Army.



JASON P. BOONE
CPT, AR
Commanding

DA FORM 4874, JAN 2000. Previous edition is obsolete.

Case 3:19-cr-00345-FDW-DCK   Document 29   Filed 07/17/20   Page 9 of 16



# United States Army Infantry School

Be it Known that

PFC  ARLANDO M HENDERSON   486047786

Has successfully completed the

## Airborne Course

at this institution and that in testimony
thereof is awarded this

## Diploma

Given at Fort Benning, Georgia, on this the
24th day of        November , two thousand        Ten



Michael Ferriter
Major General, USA
Commandant



Bryan R. Owens
Brigadier General, Infantry
Commandant



# DEPARTMENT OF THE ARMY
# CERTIFICATE OF TRAINING

## THIS IS TO CERTIFY THAT

## SGT ARLANDO M. HENDERSON

### HAS SUCCESSFULLY COMPLETED

*STRUCTURED SELF-DEVELOPMENT - LEVEL 2*

VEN AT _____ 25 Sep 2014 _____

_____
Dennis E. Defreese
CSM, USA
Commandant

FORM 87, 1 OCT 78





# United States Army Basic Combat Training Center Of Excellence
## Fort Jackson, South Carolina



## 165th Infantry Brigade
## 3rd Battalion, 34th Infantry Regiment

### This Certificate is presented to

Private Arlando M. Henderson

C Co. 3rd Battalion, 34th Infantry Regiment

### for successful completion of Basic Training

Given this 6th Day of February 2009

D A. MASZAROSE

ing

REGINALD W. COTTON
LTC, IN
Commanding

# United States Army Logistics University

Let it be known that

## SGT Arlando M. Henderson

is a graduate of the

## Unit Supply Specialist Advanced Leader Course

In testimony whereof, and by the authority vested in us, we do confer this

### Diploma

Given at the US Army Logistics University
Fort Lee, Virginia

This 12th day of February 2014



*Sergeant Major*
*Non-Commissioned Officer Academy*

John E. Hall, SES
President
Army Logistics University

# CERTIFICATE OF AFFILIATION



SUPPORTING VICTORY

## The Quartermaster General, United States Army

takes pleasure in recognizing the affiliation of

**ARLANDO M. HENDERSON**

with

The United States Army Quartermaster Corps Regiment

attests to your formal affiliation with the Regiment of one of the original branches of the United
branch distinguished by more than 200 years of proud and faithful service to soldiers, the
Army and the United States of America.

Jesse R. Cross
Brigadier General, USA
The Quartermaster General

