IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CRIMINAL CASE NO. 3:19-CR – 345-1

UNITED STATES OF AMERICA,

    Plaintiff,

V

ARLANDO HENDERSON,

    Defendant.

FILED
CHARLOTTE, NC
AUG 6 2020
U.S. District Court
Western District of N.C.

ORDER

**THIS MATTER** is before the Clerk at the request of the Financial Administrator to return the $4,000.00 cash bond deposited with the Clerk by Ms. Lydia Wilson-Johnson as surety for Mr. Arlando Henderson.

This case was terminated on July 31, 2020, per the "Judgment" [Doc. 33] of this court.

**IT IS, THEREFORE, ORDERED,** that the Financial Administrator return $4,000.00 cash bond to Ms. Lydia Wilson-Johnson at the address provided to this office for that purpose.

**IT IS SO ORDERED** this 6th, day of August 2020.

*Frank D. Johns*
Title of Signing Officer
United States District Court