

NORTH CAROLINA WESTERN
MEMORANDUM

**Date:** February 17, 2021
**To:** District Judge Whitney
**From:** USPO Samuel Edmundson
**Subject:** Arlando M Henderson
**Docket:** 0419 3:19CR00345

On August 25, 2020 a bond violation report was completed in this case alleging that the defendant had been charged with two new law violations, Assault on a Female (20CR227431) and Injury to Personal Property (20CR227432) in Mecklenburg County, NC. The court ordered the issuance of a warrant on August 26, 2020. However, the defendant self-surrendered to begin serving his sentence at FCI Bennettsville as ordered on September 14, 2020, prior to service of the bond violation warrant. The warrant remains outstanding at this time. The U.S. Probation Office is requesting that the warrant be withdrawn for the reasons set forth previously.

U.S. Probation Officer: _Samuel N. Edmundson_ Date: 02/17/2021

Supervisory U.S. Probation Officer: _____ Date: 02/17/2021

So Ordered: _____

Signed: February 17, 2021

_____
Frank D. Whitney
United States District Judge